# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FLORA MAE FULLER, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | : | NO. 10-4133 |
| Defendant. | : | |

## ORDER

AND NOW, on this __23rd__ day of June, 2011, upon careful consideration of Plaintiff's Complaint (ECF No. 1) and Brief and Statement of Issues in Support of Request for Review (ECF No. 6),[1] and the Commissioner's response thereto (ECF No. 8), and for the reasons in the accompanying Memorandum on Request for Review, it is hereby ORDERED as follows:

1. Plaintiff's request for review is DENIED and her Complaint is DISMISSED with prejudice.

2. The Clerk shall mark this case CLOSED for statistical purposes.

BY THE COURT:

/s/ Michael M. Baylson
Michael M. Baylson, U.S.D.J.

O:\CIVIL 09-10\10-4133 Fuller v. Astrue\Fuller - Order.wpd

---

[1] Plaintiff filed a duplicate of her Brief at ECF No. 7.